IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

       v.        Civil No. 04-5048

JONATHAN R. DONAWAY,
Sole surviving heir at law of
JOHN C. DONAWAY, Deceased;
CREDIGY RECEIVABLES, INC.,
Assignee of FIRST SELECT, INC.;
and CITY OF BENTONVILLE, ARKANSAS                           DEFENDANTS

### ORDER

Now on this 3d day of January, 2006, comes on for consideration the **Motion For Relief From Order Of Distribution And Final Judgment** (Document #19) filed herein by the plaintiff, United States of America, on November 23, 2005, and the Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On June 28, 2004, this Court entered a **Decree of Foreclosure** (Document #12), pursuant to which a mortgage lien described therein was ordered foreclosed and the lands encumbered thereby were ordered sold.

2. The lands were sold and on September 30, 2004, the Court entered the following:

   * an **Order Confirming Report Of Sale, Sale And Approving Deed** (Document #16);

   * an **Order of Distribution** (Document #17); and

   * a **Final Judgment** (Document #18).

3. In its Motion, the United States points out that certain errors were discovered by it which could and should be corrected -- by the Court setting aside the Court's said **Order of Distribution** (Document #17) and **Final Judgment** (Document #18). The Court agrees and believes the Motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that this Court's **Order of Distribution** (Document #17) and **Final Judgment** (Document #18), both of which are dated September 30, 2004 and both of which were filed of record October 1, 2004, be, and they hereby are, vacated.

**IT IS FURTHER ORDERED** that all other previous Orders of this Court are hereby reaffirmed as entered.

**IT IS FURTHER ORDERED** that, contemporaneously herewith, the Court shall enter herein a new **Amended Order of Distribution** and new **Amended Final Judgment.**

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
U.S. DISTRICT JUDGE