IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

      v.            Civil No. 04-5048

JONATHAN R. DONAWAY,
Sole surviving heir at law of
JOHN C. DONAWAY, Deceased;
CREDIGY RECEIVABLES, INC.,
Assignee of FIRST SELECT, INC.;
and CITY OF BENTONVILLE, ARKANSAS                                  DEFENDANTS

## AMENDED ORDER OF DISTRIBUTION

Now on this 3d day of January, 2006, the above referenced matter comes on for this Court's consideration, and the Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

On August 25, 2004, at 10:00 a.m., at the front entrance of the Benton County Courthouse, Bentonville, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered June 28, 2004, in the above-styled case. At such sale, Lan Vu was the highest and best bidder for the property, and the property was then sold to the said Lan Vu.

On or about August 26, 2004, the United States Marshal received Check No. 723576 in the amount of $20,000.00, from Lan Vu, and on or about September 15, 2004, the United States Marshal received Check No. 1025 in the amount of $19,000.00, from Lan Vu, and on or about September 15, 2004, the United States Marshal received Check No. 758995759 in the amount of $18,303.20 for payment in full for the property. In accordance with the terms

of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $49,787.13 to United States Department of Agriculture, Rural Development; $985.00 to the United States Marshal's Service; $368.50 to defendant City of Bentonville, and the remaining sum of $6,162.57 to defendant Jonathan R. Donaway.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
U.S. DISTRICT JUDGE